Exhibit D

# Fax Transmission

**From:** ActiveHealth Management
**Name:** nurse reviewer
**Telephone No:** 8669394721  **Ext.:** 70464
**Fax No:**

**To:** isaac bermudez
**Date:** 7/3/2018

**Subject:**

**Disclaimer:**

IMPORTANT WARNING: The following pages are intended for the use of the individual to whom they are addressed, and may contain information which is privileged, confidential, and exempt from disclosure under the law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY FORBIDDEN. If you have received this communication in error, please destroy the related message. Thank you.

SEND INQUIRIES TO:

ActiveHealth Management
14155 Newbrook Drive
Suite 400
Chantilly, VA 20151



PO Box 221138
Chantilly, VA 20153-1138

07/03/2018

Dr.Ara J Deukmedjian
7955 Spyglass Hill Road
Melbourne FL 32940

Dear Dr. Ara J Deukmedjian,

ActiveHealth Management works with Aetna to review hospitalizations for medical necessity under the terms of your benefit plan. After careful review of information provided, the following decisions have been made regarding your provider's request.

| | |
|---|---|
| **Patient Name:** | C█████ S█████ |
| **Date of Birth:** | 0█████ |
| **Authorization ID:** | 3003314- 948267 |
| **Provider:** | Dr. Ara J Deukmedjian |
| **Facility/Vendor:** | SURGERY CENTER OF VIERA |
| **Service:** | Outpatient Procedure |
| **Service Date:** | 07/05/2018 |
| **Dates Reviewed:** | 07/03/2018 TO 10/01/2018 |
| **Decisions:** | Approval 2 Procedure |
| **Primary Procedures:** | HCPC L8699-PROSTHETIC IMPLANT NOS , CPT 63047-REMOVE SPINE LAMINA 1 LMBR |

**Additional days or services may be approved if necessary.** ActiveHealth's review applies only to the determination of medical necessity under your benefit plan. Decisions about medical treatment are between the provider and the patient.

ActiveHealth appreciates your cooperation in the review process and would be pleased to answer any questions you have through our toll free number at .Questions about benefit eligibility or coverage should be directed to the claims payor. The claims payor's number can be found on the insurance card. A copy of this letter is sent to the patient and provider(s).

This notification does not confirm or verify eligibility for coverage or payment, nor does it assure coverage under your patient's benefit plan will be provided. All decisions relating to eligibility for coverage, exclusions of coverage, pre-existing condition exclusions, and payment are the responsibility of your patient's benefit plan. Questions about benefit eligibility or terms of coverage should be directed to the health insurance provider. The health insurance provider's number can be found on the insurance card.

Sincerely,

Utilization Review Supervisor



PO Box 221138
Chantilly, VA 20153-1138

**CC:** SURGERY CENTER OF VIERA
Dr Ara J Deukmedjian