UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01700-ACC-DCI

SURGERY CENTER OF VIERA, LLC,

  Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY,

  Defendant.
_____/

**DEFENDANT'S NOTICE OF INTENT TO SERVE
SUBPOENA *DUCES TECUM* TO NONPARTY**

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendant Aetna Life Insurance Company gives notice that on February 16, 2022, it issued the attached subpoena *duces tecum* to the nonparty listed below:

1. Alphatec Spine
 c/o Craig Hunsaker, Registered Agent
 1950 Camino Vida Roble
 Carlsbad, CA  92008

Dated: February 17, 2022
West Palm Beach, FL

Respectfully submitted,

*s/ David J. DePiano*
DAVID J. DePIANO, ESQ.
Florida Bar No. 55699
E-Mail: ddepiano@foxrothschild.com
FOX ROTHSCHILD LLP
777 S. Flagler Dr., Suite 1700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602
*Attorney for Defendant Aetna Life Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 17, 2022, the foregoing document is being electronically filed with the Clerk of Court using CM/ECF and is being served on all counsel of record identified in the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David J. DePiano*
DAVID J. DePIANO, ESQ.

**SERVICE LIST**

*Surgery Center of Viera, LLC v. Aetna Life Insurance Company*
*and Brevard Achievement Center, Inc.*
Case No.:  6:21-cv-01700-ACC-DCI
United States District Court, Middle District of Florida

| | |
|---|---|
| Jeffrey L. Greyber, Esq.<br>E-Mail: jgreyber@callagylaw.com<br>Callagy Law, P.C.<br>1900 NW Corporate Blvd.<br>Suite 310W<br>Boca Raton, FL  33431<br>Tel:   (561) 405-7966<br>Fax:  (201) 549-8753<br>Attorney for Plaintiff<br>*Via CM/ECF* | David J. DePiano, Esq.<br>E-Mail: ddepiano@foxrothschild.com<br>Fox Rothschild LLP<br>777 S. Flagler Dr., Suite 1700<br>West Palm Beach, FL 33401<br>Tel:   (561) 835-9600<br>Fax:  (561) 835-9602<br>Attorney for Defendant Aetna Life Insurance Company<br>*Via CM/ECF* |